THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LATRISHA YOLANDA LILLY, *et al.*,<br><br>           *Plaintiffs*,<br><br>      v.<br><br>ED ALAMEIDA, JR., *et al.*,<br><br>           D*efendants*.<br>_____ | NO. CV F-05-1062 REC SMS<br><br>ORDER APPOINTING DEBRA LUCK AS GUARDIAN AD LITEM |

The Court having considered the petition of DEBRA LUCK to be appointed as Guardian Ad Litem for Jeremy and Joshua Lilly, and good cause appearing therefore,

IT IS ORDERED that DEBRA LUCK be appointed Guardian Ad Litem for JEREMY AND JOSHUA LILLY in this action.

Dated:   August 30, 2005              /s/ ROBERT E. COYLE

                                      ROBERT E. COYLE
                                      United States District Judge

ORDER GRANTING APPOINTMENT OF SUCCESSOR IN INTEREST
Luck v. Alameida, USDC Case No. CV F 05-1062 REC SMS

1

PDF created with pdfFactory trial version www.pdffactory.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

ORDER GRANTING APPOINTMENT OF SUCCESSOR IN INTEREST
Luck v. Alameida, USDC Case No. CV F 05-1062 REC SMS
2

PDF created with pdfFactory trial version www.pdffactory.com