1

2

3

4

5

6

7

8

9

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

10 ESTATE OF LATRISH YOLANDA ) 1:05-cv-01062-REC-SMS
LILLY,                    )
11                Plaintiffs, ) ORDER GRANTING PLAINTIFFS'
                          ) APPLICATION FOR APPOINTMENT OF
12                         ) COUNSEL (DOC. 26)
     v.                   )
13                         )
ED ALAMEIDA, JR., et al., )
14                         )
           Defendants.    )
15                         )
                          )
16

17        Plaintiffs are proceeding pro se with an action for damages

18 and other relief concerning alleged civil rights violations. The

19 matter has been referred to the Magistrate Judge pursuant to 28

20 U.S.C. § 636(b) and Local Rules 72-302 and 72-304.

21        On August 30, 2005, Plaintiffs filed an application for

22 appointment of counsel pursuant to this Court's General Order

23 230. The application was filed as a sealed document. Upon review

24 of Plaintiffs' motion and the documents on file and good cause

25 appearing therefor, the Court finds as follows:

26        1) Plaintiff has made substantial efforts to obtain legal

27 representation and has been unable to do so. Further efforts to

28 obtain the services of counsel without order of this Court would

1

1   be futile.

2        2) Plaintiff's income is 125 percent or less of the current

3   poverty threshold established by the Office of Management and

4   Budget of the United States and is otherwise without resources to

5   obtain counsel;

6        3) This case is of a type that attorneys in this district

7   ordinarily do not accept without prepayment of a fee;

8        4) This case is not a fee-generating case within the meaning

9   of California Business and Professions Code § 8030.4(g);

10        5) This case has sufficient merit to warrant appointment

11  pursuant to General Order No. 230.

12        Therefore, this Court orders as follows:

13        1) Catherine Campbell, Carolyn Phillips and Robert Navarro

14  ARE APPOINTED as attorneys for Plaintiffs pursuant to General

15  Order No. 230; and

16        2) The Clerk of the Court NEED NOT send counsel a copy of

17  the file in this matter; and

18        3) Counsel SHALL SUBMIT all deposition transcript costs for

19  payment pursuant to § 8030.6 of the California Business and

20  Professions Code. All other contemplated costs SHALL BE HANDLED

21  as described in General Order No. 230.

22

23  IT IS SO ORDERED.

24  **Dated:   September 21, 2005**               **/s/ Sandra M. Snyder**
    icido3                              UNITED STATES MAGISTRATE JUDGE

25

26

27

28

2