IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ESTATE OF LATRICIA YOLANDA LILLY; DEBRA LUCK on her own behalf and as guardian ad litem for JEREMY LILLY and JOSHUA LILLY,**<br><br>Plaintiffs,<br><br>v.<br><br>**ED ALAMEIDA, JR., et al.,**<br><br>Defendants. | CASE NO. 1:05-cv-01062-REC-SMS<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING**<br><br><br><br>Judge:  Hon. Sandra M. Snyder |

**GOOD CAUSE APPEARING**, the Court grants the parties' request to extend time

for Defendants to file a responsive pleading to thirty days after Plaintiffs file and serve an

amended complaint.

IT IS SO ORDERED.

**Dated:    October 24, 2005**            /s/ **Sandra M. Snyder**
icido3                                UNITED STATES MAGISTRATE JUDGE

1

*Stipulation Extending Time to File Responsive Pleading*