CATHERINE CAMPBELL, 65103
Attorney at Law
PO Box 4470
Fresno, CA 93744
(559) 498.8140
(559) 221.0268 fax

CAROLYN D. PHILLIPS, 103045
Attorney at Law
PO Box 5622
Fresno, CA 93755-5622
(559) 248.9833
(559) 248.9820 fax

ROBERT NAVARRO, Attorney at Law
Bar No. 128461
P.O. Box 8493
Fresno, CA 93747
(559) 452.0934
(559) 452.0986 fax

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LATRISHA YOLANDA LILLY, et al., | No. 1:05 CV 01062 REC SMS |
| Plaintiffs, | [PROPOSED] ORDER APPOINTING DEBRA LUCK AS DECEDENT'S SUCCESSOR IN INTEREST OF PLAINTIFF; PROPOSED ORDER |
| v. | |
| ED ALAMEIDA, JR., et al., | |
| Defendants. / | |

The Court having considered the petition for the appointment of DEBRA LUCK as the successor in interest to the ESTATE OF LATRISHA YOLANDA LILLY, et al., and good cause appearing therefore,

IT IS ORDERED that DEBRA LUCK is appointed as the successor in interest to the ESTATE OF LATRISHA YOLANDA LILLY, et al., in this action

Petition for Appointment of Successor in Interest; *Estate of Latrisha Yolanda Lilly, et al. v. Ed Alameida, Jr., et al.;* USDC, Eastern District, No.1:05 CV 01062 REC SMS

1

|  |  |  |
|---|---|---|
| Dated: November 2, 2005 | | By:__/s/_ROBERT E.COYLE<br>United States District Court Judge |

Petition for Appointment of Successor in Interest; *Estate of Latrisha Yolanda Lilly, et al. v. Ed Alameida, Jr., et al.;* USDC, Eastern District, No.1:05 CV 01062 REC SMS

2