BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
JAMES E. FLYNN
Supervising Deputy Attorney General
BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
 Fax: (916) 324-5205
 Email: Barbara.Morris@doj.ca.gov

Attorneys for Defendants Alameida, Dolezal, Gransee, Hernandez, Mekkam, Oddie, Steinberg, Suryadevara, Wajda, Wasserman, White, Wilson and Woodford

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ESTATE OF LATRICIA YOLANDA LILLY; et al.,** | 1:05-cv-01062-REC-SMS |
| | (CIV S-05-1062-REC-SMS -wrong no.) |
| Plaintiffs, | **ORDER** |
| v. | |
| **ED ALAMEIDA, JR., et al.,** | |
| Defendants. | Judge: Hon. Sandra M. Snyder |

**GOOD CAUSE APPEARING**, the Court grants the parties' request to extend time for Defendants to file a responsive pleading to Wednesday, January 18, 2006.

IT IS SO ORDERED.

**Dated:   December 15, 2005**                /s/ Sandra M. Snyder
icido3                                         UNITED STATES MAGISTRATE JUDGE

1
*[Proposed] Order*