1 | BILL LOCKYER
Attorney General of the State of California
2 | JAMES M. HUMES
Chief Assistant Attorney General
3 | FRANCES T. GRUNDER
Senior Assistant Attorney General
4 | JAMES E. FLYNN
Deputy Attorney General
5 | BARBARA A. MORRIS (SBN 137680)
Deputy Attorney General
6 |  1300 I Street, Suite 125
 P.O. Box 944255
7 |  Sacramento, CA 94244-2550
 Telephone: (916) 322-3870
8 |  Fax: (916) 324-5205

9 | Attorneys for Defendants Alameida,
Dolezal, Gransee, Hernandez, Martinez,
10 | Mekkam, Mitchell, Oddie, Steinberg, Suryadevara,
Wajda, Wasserman, White, Wilson and Woodford
11 | SA2005301234

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **ESTATE OF LATRICIA YOLANDA LILLY; et al.,** | Case No. 1:05-cv-1062-REC-SMS |
| Plaintiffs, | **ORDER GRANTING DEFENDANTS EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |
| v. | |
| **ED ALAMEIDA, JR., et al.,** | Judge: Hon. Robert E. Coyle |
| Defendants. | |

**GOOD CAUSE APPEARING**, the Court grants the parties' request to extend time for Defendants to file a responsive pleading to and including Wednesday, February 15, 2006.

IT IS SO ORDERED.

Dated:   **February 6, 2006**          /s/ Sandra M. Snyder
icido3                                UNITED STATES MAGISTRATE JUDGE