**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ESTATE OF LITRISHA YOLANDA LILLY, et. al,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>ED ALAMEIDA, JR., et. al,<br><br>　　　　Defendants._____/ | CASE NO. CV-F-05-1062 LJO SMS<br><br>**ORDER ON STIPULATION TO VACATE SCHEDULING ORDER AND SUBSTITUTION OF ATTORNEYS** |

　　The Court has received and reviewed the Stipulation and Proposed Order to vacate the scheduling order and stay the proceedings (Doc. 66) and the *Ex Parte* Substitution of Plaintiffs in Pro per for counsel of record. (Doc. 67.)

　　The parties seek to vacate all dates and stay the proceedings while new counsel is obtained. Trial in this matter is scheduled for November 12, 200<u>8</u> with the pretrial conference is set for September 15, 200<u>8</u>. The Court does not find good cause to vacate the dates and stay the proceedings. The trial date is over a year away. Accordingly, the stipulation to vacate the scheduling order and stay the proceedings is DENIED.

　　Plaintiffs also submit an *ex parte* substitution of plaintiffs in *prop per* for counsel. The *ex parte* application seeks to substitute Debra Luck, for herself in *propria persona*, and also substitute Ms. Luck for the minor-plaintiffs, Joshua Lilly and Jeremy Lilly (for whom Ms. Luck is *guardian ad litem*), and for the Estate of Latrisha Lilly. While Ms. Luck may represent herself, counsel must appear for the minors and the Estate. Accordingly, the *ex parte* substitution is GRANTED as to Debra Luck, individually, and DENIED as to the remaining plaintiffs.

1      Counsel for plaintiff should inform the Court whether or not she is staying in the case to
2 represent the minors and the Estate. If she is not, new counsel must be in place for the minors and the
3 Estate within 20 calendar days. The absence of fulfilling this requirement will result in a dismissal of
4 the minors' claims without prejudice.

6 IT IS SO ORDERED.

7 **Dated:**   **September 26, 2007**                /s/ **Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE