# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LITRISHA YOLANDA LILLY, et. al,<br><br>          Plaintiffs,<br><br>   vs.<br><br>ED ALAMEIDA, JR., et. al,<br><br>          Defendants.<br>_____/ | CASE NO. CV-F-05-1062 LJO SMS<br><br>**ORDER SETTING STATUS CONFERENCE RE DISMISSING THE CASE** |

The Court SETS a status conference for November 14, 2007 at 8:15 a.m. in Department 4 of this Court. The minor plaintiffs and the Estate are represented by counsel who indicates that she/they no longer wish to represent the minors. Counsel has not moved to withdraw. Plaintiff Debra Luck is in *propria persona*.

This Court issued an order on September 26, 2007 indicating that new counsel must be in place for the minors and the Estate within 20 calendar days. New counsel has not substituted into this case. Accordingly, the status conference will address whether this Court will dismiss this case.

IT IS SO ORDERED.

**Dated:   October 24, 2007**                               /s/ Lawrence J. O'Neill
                                                                        UNITED STATES DISTRICT JUDGE