IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LITRISHA YOLANDA LILLY, et. al, | CASE NO. CV-F-05-1062 LJO SMS |
| Plaintiffs,<br>vs. | **ORDER TO SHOW CAUSE RE** *Why SUA SPONTE* **MOTION TO DISMISS SHOULD NOT BE GRANTED** |
| ED ALAMEIDA, JR., et. al, | |
| Defendants._____/ | |

**TO PLAINTIFF DEBRA LUCK, PROPRIA PERSONA:**

This matter came on for a regularly scheduled hearing re Status Conference on November 14, 2007 at 8:15 a.m. in Department 4.  Defendants appeared by counsel James Flynn.  No appearance was made by plaintiff Debra Luck or by plaintiff minors or the estate.

Due to plaintiff's failure to appear at the conference, this Court ORDERS plaintiff Debra Luck to Show Cause on December 5, 2007 at 8:15 a.m. in Department 4 of the Federal Courthouse located at 2500 Tulare Street, Fresno, California 93721 why this Court should not grant a *sua sponte* motion to dismiss the case.  Plaintiff Debra Luck is DIRECTED to file with the Court, no later than December 3, 2007, a written statement regarding why the Court should not dismiss this action.  Plaintiff is directed to appear at the December 5, 2007 hearing.

**Plaintiff is admonished that failure to comply with the Court, either failure to file a written statement or failure to appear at the hearing, will result in the dismissal of her case.**

IT IS SO ORDERED.

Dated:   November 14, 2007              /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE

1