EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
JAMES E. FLYNN, State Bar No. 61139
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-1976
 Fax: (916) 324-5205
 Email: James.Flynn@doj.ca.gov

Attorneys for Defendants Alameida,
Dolezal, Fishback, Gransee, Hernandez,
Martinez, Mekkam, Mitchell, Oddie,
Steinberg, Suryadevara, Wajda, Wasserman,
Welch, White, Wilson and Woodford

FILED

NOV 1 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| ESTATE OF LATRISHA YOLANDA LILLY; DEBRA LUCK on her own behalf and as guardian ad litem for JEREMY LILLY and JOSHUA LILLY,<br><br>Plaintiffs,<br><br>v.<br><br>ED ALAMEIDA, JR., et al.,<br><br>Defendants. | 1:05-cv-01062-LJO-SMS<br><br>STIPULATION FOR DISMISSAL<br><br>Fed. R. Civ. P. 41(a)(1)(A)(ii) |

///

///

///

///

Stipulation and Order for Dismissal

1

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties stipulate that this entire action shall be dismissed. Each side shall bear his or her own costs.

Dated: October 5, 2007

JAMES E. FLYNN
Deputy Attorney General
Attorney for Defendants

Dated: October 11, 2007

CATHERINE CAMPBELL
Attorney for Plaintiffs Estate of Latrisha Yolanda Lilly, Joshua Lilly, and Jeremy Lilly

Dated: October 11, 2007

CAROLYN D. PHILLIPS
Attorney for Plaintiffs Estate of Latrisha Yolanda Lilly, Joshua Lilly, and Jeremy Lilly

Dated: October 12, 2007

ROBERT NAVARRO
Attorney for Plaintiffs Estate of Latrisha Yolanda Lilly, Joshua Lilly, and Jeremy Lilly

Dated: October ___, 2007

DEBRA LUCK
In propria persona

30340467.wpd
SA2005301234

IT IS SO ORDERED. The only part of this case that currently survives is the claim of Debra Luck.

DATED: November 14, 2007

HONORABLE LAWRENCE J. O'NEILL
U.S. DISTRICT JUDGE

Stipulation and Order for Dismissal

2