# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF LITRISHA YOLANDA LILLY, et. al, | CASE NO. CV-F-05-1062 LJO SMS |
| Plaintiffs, | **ORDER DISMISSING CASE AFTER ORDER TO SHOW CAUSE** |
| vs. | |
| ED ALAMEIDA, JR., et. al, | |
| Defendants. | |

This matter came on for an Order to Show Cause re Dismissal on December 5, 2007 at 8:15 a.m. in Department 4 of the Federal Courthouse. The Court issued the Order to Show Cause to plaintiff Debra Luck, in propria persona, on November 16, 2007 for Debra Luck to show cause why this action should not be dismissed. Plaintiff was advised that failure to comply with the Order to Show Cause would result in dismissal of the action. In addition, the Order to Show Cause was served on the address provided by Ms. Luck, but was returned to this Court as undeliverable. (Doc. 75.) Plaintiff Debra Luck failed to appear at the hearing.

Due to plaintiff's failure to appear at this Court's hearing and failure to keep this Court informed of her current mailing address as required by Local Rule 83-183, this Court DISMISSES the claims of plaintiff Debra Luck. As all other plaintiffs have dismissed their claims, the Court directs the clerk to close this case.

IT IS SO ORDERED.

**Dated:   December 5, 2007**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE